1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )  NO.  CV07-0119
        Plaintiff,  )
                            )
      v.  )
                            ) DEFAULT JUDGMENT
TONY HAI NGUYEN,  )
        Defendant.  )
_____ )

    Default having been entered against the Defendant in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper declaration with me as to the amount due;

    Judgment is, therefore, hereby rendered in favor of the Plaintiff, United States of America, and as follows against the Defendant, Tony Hai Nguyen:

<u>FIRST CAUSE OF ACTION</u>

Principal                                                                     $2,825.22

Prejudgment Interest to October 13, 2006,
at 8% per annum:                                                <u>$2,528.11</u>

SUBTOTAL                                                             $5,353.33

    a.  Interest shall continue to accrue at 8% per annum until entry of judgment on the principal amount of $2,825.22.

|   |   |
|---|---|
| SECOND CAUSE OF ACTION | |
| Principal | $2,978.70 |
| Prejudgment Interest to October 13, 2006, at 8.49% per annum: | $2,255.29 |
| SUBTOTAL | $5,233.99 |

a. Interest shall continue to accrue at 8.49% per annum until entry of judgment on the principal amount of $2,978.70.

GRANT TOTAL                                                                                                $10,587.32

1. Interest shall accrue on the total judgment amount after judgment at the legal rate until fully paid.

2. The United States of America shall have and recover filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2) in the amount of Three Hundred Fifty Dollars ($350.00).

3. The United States of America shall have and recover docketing fees allowed pursuant to 28 U.S.C. §1923 in the amount of Twenty Dollars ($20.00).

DATED this 24th day of April, 2007.

_____
Bruce Rifkin
Clerk, U.S. District Court

DEFAULT JUDGMENT - 2
(ifaraz\doe\judgment.dft)